# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN (DETROIT)

---

| | |
|---|---|
| SHAREE GARRY,<br>   Plaintiff,<br><br>  vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; CREDIT ACCEPTANCE CORPORATION; and TWINS AUTO SALES, INC.;<br>   Defendants. | CASE NO.  2:19-cv-12386-GCS-APP<br><br>Judge George Caram Steeh<br>Magistrate Judge Anthony P. Patti |

---

## MOTION TO WITHDRAW APPEARANCE OF
## ANDREW M. LEHMANN

---

Comes now undersigned counsel for Defendant Trans Union, LLC, and hereby requests that the Court withdraw the appearance of Andrew M. Lehmann, Esq. as Mr. Lehmann is no longer handling this case.  Trans Union, LLC will continue to be represented in this matter by Brian A. Nettleingham, Esq. of the law firm of Maddin, Hauser, Wartell, Roth & Heller, P.C. and Colin C. Poling, Esq. of the law firm of Schuckit & Associates, P.C.

Respectfully submitted,


/s/ *Andrew M. Lehmann*
Andrew M. Lehmann, Esq. (IN #31151-06)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  alehmann@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

Brian A. Nettleingham, Esq. (MI #P58966)
Maddin, Hauser, Wartell, Roth
& Heller, P.C.
28400 Northwestern Hwy., 3rd Floor
Southfield, MI 48034
Telephone: 248-359-7503
E-Mail:  ban@maddinhauser.com

*Local Counsel for Defendant Trans Union, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

---

| | |
|---|---|
| SHAREE GARRY,<br>   Plaintiff,<br><br>  vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; CREDIT ACCEPTANCE CORPORATION; and TWINS AUTO SALES, INC.;<br>   Defendants. | CASE NO. 2:19-cv-12386-GCS-APP<br><br>Judge George Caram Steeh<br>Magistrate Judge Anthony P. Patti |

---

### CERTIFICATE OF SERVICE

---

  I, **Andrew M. Lehmann**, hereby certify that on the **30th day of October, 2019**, I electronically filed the foregoing with the Clerk of the Court using the ECF systems which will automatically send notification of such filing to the following counsel of record:

| Sylvia Bolos, Esq.<br>sylviab@consumerlawyers.com | Ian B. Lyngklip, Esq.<br>ian@consumerlawyers.com |
|---|---|
| Jordan S. Bolton, Esq.<br>jbolton@clarkhill.com | Stephen W. King, Esq.<br>sking@kingandmurray.com |

  I further certify that on the **30th day of October, 2019**, a copy of the foregoing was sent via U.S., First Class Mail, postage prepaid to the following non-ECF participants:

| None. | |
|---|---|

*/s/ Andrew M. Lehmann*
Andrew M. Lehmann, Esq. (IN #31151-06)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  alehmann@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*