UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

SHAREE GARRY,

    Plaintiff,

-vs-

CREDIT ACCEPTANCE
CORPORATION , *et al.*,

    Defendants.

Case No. 2:19-CV-12386-GCS-APP
Hon. George Caram Steeh
Magistrate Judge: Anthony P. Patti

## **DECLARATION OF SHAREE GARRY**

Sharee Garry makes the following statement under penalty of perjury.

1. My name is Sharee Garry.

2. I have reviewed the contract that was submitted by Credit Acceptance Corporation in this case as document number 10, Exhibit A and state,

    a. I did not sign this document, either physically or electronically.

    b. The signature on this document that purports to be mine, is not mine and is a forgery.

    c. I did not authorize anyone to sign this document for me or on my behalf.

    d.  I was not aware of the transaction underlying this document until I became aware of an outstanding balance that Credit Acceptance Corporation wanted me to pay.

    e.  I did not purchase the car involved in this transaction, and I never went to Twins Auto.

    f.  I never drove or possessed the car involved in this transaction.

    g.  I did not buy or request insurance for the car involved in this transaction.

    h.  I did not title or register the car involved in this transaction.

    i.  I believe that the car the car involved in this transaction was procured fraudulently by an acquaintance of mine by the name of Damon Skelton who had prepared my taxes and had access to my financial records and personal identification information.

    j.  I executed an identity theft affidavit and a filed a police report when I became aware of the transaction.

3. I have personal knowledge of the facts stated in this declaration.
4. If called to testify as a witness, I can testify truthfully to the facts stated above.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my information, knowledge and belief.

_____
Declaration of Sharee Garry.